## TURNER, *alias* FREEMAN, *v.* THE STATE.

SIMMONS, C. J. While the witnesses for the State contradicted each other as to some matters, the evidence was sufficient to authorize a finding that the accused was guilty, and, there being no complaint as to any error of law, there was no abuse of discretion in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted June 20, — Decided July 12, 1904.

Accusation of pointing pistol at another.     Before Judge Hodges.
City court of Macon.     April 20, 1904.

*Guyton Parks*, and *W. A. McClellan*, for plaintiff in error.
*William Brunson, solicitor-general*, contra.